UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH H SHUNK,<br><br>                              Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>                            Defendant. | Case No.: 24-cv-01877-AJB-JLB<br><br>**ORDER:**<br><br>**(1) IMPOSING MONETARY SANCTION ON RABIYA TIRMIZI; AND**<br><br>**(2) DISCHARGING ORDER TO SHOW CAUSE AS TO DANIEL LAW**<br><br>**[ECF Nos. 12, 15, 16]** |

      On December 4, 2024, the Court issued an Order to Show Cause ("OSC") why sanctions should not be imposed against Plaintiff's counsel, Rabiya Tirmizi and Daniel Law, due to their apparent lack of candor to the court. (ECF No. 12.)

      Specifically, the OSC was based on the following: On October 16, 2024, the Court issued a Notice and Order Setting Early Neutral Evaluation and Case Management Conferences ordering, *inter alia*, that Plaintiff submit an Early Neutral Evaluation ("ENE") statement identifying all attorney participants at the ENE and that "the principal attorneys responsible for the litigation **must appear at the ENE by video conference** and be legally and factually prepared to discuss settlement of the case." (ECF No. 3 (emphasis in

1

1  original).)  On November 25, 2024, Ms. Tirmizi lodged a joint ENE statement with the
2  Court.  In the statement, Ms. Tirmizi represented that she would be appearing at the ENE
3  with Plaintiff.  On November 27, 2024, Plaintiff lodged an amended ENE statement, per
4  the Court's Order, to address deficiencies in Plaintiff's first ENE statement.  (*See* ECF No.
5  7.)  The amended ENE statement did not correct or amend the representation about who
6  would attend the ENE.  On December 2, 2024, Ms. Tirmizi did not appear at the ENE in
7  the above-captioned case with Plaintiff.  Rather, her colleague, Daniel Law, appeared.
8  (ECF No. 9.)  He represented to the Court that Ms. Tirmizi could not appear because she
9  was not feeling well.  The Court subsequently learned that at the time of the ENE in the
10 instant matter, Ms. Tirmizi was attending an ENE in a different case: *Robertson v. FCA*
11 *US, LLC, et al.,* 24-cv-01964-RSH-BLM (S.D. Cal.) (*Robertson*).  (*Robertson*, ECF No.
12 9.)  The ENE in Robertson had been set on October 23, 2024.  (*Robertson*, ECF No. 4.)

13     Ms. Tirmizi and Mr. Law were ordered to show cause in written declarations why
14 sanctions should not issue by December 20, 2024.  (ECF No. 12 at 2.)  Ms. Tirmizi and
15 Mr. Law filed their declarations on December 20, 2024.  (ECF Nos. 15, 16.)

16     In her declaration, Ms. Tirmizi explained that on the date of the ENE in this matter,
17 she was "feeling ill and worked from home."  (ECF No. 15 at 3.)  She indicated that she
18 "asked [her] colleague, Daniel Law, to assist with coverage for the ENE in this matter."
19 (*Id.*)  According to the declaration of Mr. Law, Ms. Tirmizi advised Mr. Law that "she was
20 not feeling well and that she would be working remotely."  (ECF No. 16 at 2.)  Ms. Tirmizi
21 further stated in her declaration, "Mr. Law was not aware that I was on this appearance
22 [before Judge Major in *Robertson*] as I was working remotely."  (ECF No. 15 at 3.)
23 Ms. Tirmizi apologized to the Court for her failure to update the Court about who would
24 attend the ENE, for "any failures to comply with the Orders," and for inconvenience.  (*Id.*)
25 She states, "The failure to update the Court was inadvertent and unintentional."  (*Id.*)

26     A hearing was held on January 9, 2025, at which Ms. Tirmizi appeared.  (ECF No.
27 18.)
28 ///

The Court finds that Ms. Tirmizi may have been feeling unwell on December 2, 2024, but that is not the reason she did not attend the remote ENE in this matter. She did not attend the ENE in this matter because she attended an ENE before Judge Major in another matter scheduled at the same time. Having represented to the Court that she would be the lawyer attending the ENE in this matter, and failing to correct that misrepresentation, she should have anticipated that the Court would inquire of Mr. Law about her absence. By telling her colleague that she was not feeling well and failing to tell him she needed coverage due to a scheduling conflict, she created a situation where her unwitting associate would likely provide information to the Court which was not true.

The Court declines to make a finding regarding Ms. Tirmizi's candor to the Court. The Court finds that Ms. Tirmizi violated the Court's October 16, 2024 Notice and Order Setting Early Neutral Evaluation and Case Management Conferences by failing to correct her representation that she would be appearing at the ENE and failing to comply with the requirement that the principal attorney responsible for the litigation appear at the ENE, factually and legally prepared to discuss settlement of the case. The Court finds that Mr. Law did nothing wrong. Accordingly, the Court issues the following ruling:

1. The Court concludes that the imposition of a $250 monetary sanction against Ms. Tirmizi for violation of the Court's October 16, 2024 Order Setting Early Neutral Evaluation and Case Management Conferences (ECF Nos. 3, 7, 9) is both reasonable and just. *See* Fed. R. Civ. P. 16(f)(1); CivLR 83.1(a).

2. No later than **January 23, 2025**, Ms. Tirmizi is ordered to pay a $250 sanction. The sanction shall be paid to the United States Treasury's fund for "Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified." *See* CivLR 83.1(b). The check must be made payable to the Clerk of the Court, and the memo line must include this case number. Payment may be made in person at the Cashier's window located in the Clerk's Office, Suite 420, 333 West Broadway, San Diego, CA 92101-8900, or by mail to the following address: U.S. District Court, Southern District of California

Financial Department, 333 West Broadway, Suite 420 San Diego, California 92101. A "Notice of Payment of Sanction to the Court" must be filed in this case concurrently with any payment.

3. The Order to Show Cause is discharged as to Mr. Law.

**IT IS SO ORDERED.**

Dated: January 10, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge